UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 10 CR 0737 |
| vs. ) | |
| ) | Judge Joan Humphrey Lefkow |
| EARLDEAN JACKSON, ) | |
| a/k/a, "Earldean Boykin," ) | |
| VENUS JACKSON, ) | |
| a/k/a, "Venus Boykin," ) | |
| LAKEISHA AVANT, and ) | |
| CESAR TENA ) | |

**PROTECTIVE ORDER**

Upon the motion of the United States for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered as follows:

1. All materials produced by the United States in preparation for or in connection with any stage of the proceedings in this case, including but not limited to grand jury transcripts, agency reports, witness statements, memoranda of interview, and any documents or tangible objects (collectively, "the materials"), remain the property of the United States. Upon conclusion of the trial of this case and any direct appeals of this case or upon the earlier resolution of the charges against defendants, all of the materials and all copies thereof must be destroyed or maintained under secure conditions by defense counsel, unless there is a specific request by the government for the return of particular materials.

2. All of the materials produced by the United States may be utilized by the defendants and their counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and their contents, and any notes, records or copies of any kind that defense counsel or the charged defendants may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly, verbally

or in writing, to any person or entity other than the charged defendants, their counsel, such other persons as are reasonably employed by them as may be necessary to prepare a defense, or such other persons as to whom the Court may authorized disclosure. Any filing in this matter should not contain personal identifying information in either the substantive filing or in any attachment to the filing.

3. The restrictions set forth in this Order do not apply to the United States or to documents that are (or become) public record.

4. This Order may be modified by the agreement of the parties with permission of the Court or by further Order of the Court.

5. Each party reserves all other rights relating to discovery and the production of documents, including the right to petition the Court to construe, modify, or enforce this Order.

ENTER:

JOAN HUMPHREY LEFKOW
United States District Judge

Date: SEP 2 2 2010